No. 75–1809. RABINOVITCH v. NYQUIST, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL., 433 U. S. 901;

No. 75–1844. UNITED STATES v. LOVASCO, 431 U. S. 783;

No. 76–156. VENDO CO. v. LEKTRO-VEND CORP. ET AL., 433 U. S. 623;

No. 76–220. GENERAL DYNAMICS CORP. v. UNITED STATES, 432 U. S. 905;

No. 76–316. BATES ET AL. v. STATE BAR OF ARIZONA, 433 U. S. 350;

No. 76–344. COUNCIL OF SUPERVISORS AND ADMINISTRATORS OF THE CITY OF NEW YORK, LOCAL 1, SASOC, AFL–CIO v. CHANCE ET AL., 431 U. S. 965;

No. 76–404. ILLINOIS BRICK CO. ET AL. v. ILLINOIS ET AL., 431 U. S. 720;

No. 76–984. DRUMMOND ET UX. v. DEPARTMENT OF FAMILY AND CHILDREN'S SERVICES OF FULTON COUNTY, ET AL., 432 U. S. 905;

No. 76–1079. LEVC, AKA O'BLAK, ET AL. v. CONNORS, TREASURER OF MONTANA, ET AL., 431 U. S. 973;

No. 76–1113. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE v. MCRAE ET AL., 433 U. S. 916;

No. 76–1116. NEW YORK v. EARL, 431 U. S. 943;

No. 76–1209. GENERAL MOTORS CORP. v. STEWART ET AL., 433 U. S. 919;

No. 76–1295. FINNEY v. UNITED STATES, 431 U. S. 905;

No. 76–1367. HYSTER CO. v. NATIONAL LABOR RELATIONS BOARD, 431 U. S. 955;

No. 76–1378. WHITESEL v. UNITED STATES, 431 U. S. 967;

No. 76–1414. SHAND v. NATIONAL LABOR RELATIONS BOARD, 431 U. S. 955;

No. 76–1429. BRADLEY ET AL. v. WHITTEN, 431 U. S. 955; and

No. 76–1479. QUALLS v. FRESNO COUNTY BOARD OF SUPERVISORS ET AL., 431 U. S. 968. Petitions for rehearing denied.